JUDGE PRESKA

'08 CIV 6772

368-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)



RECEIVED JUL 29 2008 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELBY MARINE CORPORATION OF PANAMA,

   Plaintiff,

-against-

PEGASUS DENIZCILIK A.S.,

   Defendant.

08 Civ. ___ ( ___ )

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff SHELBY MARINE CORPORATION OF PANAMA, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

DATED: New York, New York
    July 29, 2008

Respectfully submitted,

/s/ Peter J. Gutowski
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)
FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
Tel: (212) 425-1900 / Fax: (212) 425-1901
*Attorneys for Plaintiff*

NYDOCS1/309548.1